FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01184    Document 4    Filed 02/27/2008    Page 1 of 1

08 C 1184

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE VALDEZ**

In the Matter of                                              Case Number:

Robert Tarnoff,
    Plaintiff,

v.

John Doyle, individually,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Tarnoff

**J. N.**

| | |
|---|---|
| **NAME** (Type or print) | |
| Gregory E. Kulis | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ /s/ Gregory E. Kulis | |
| **FIRM** | |
| GREGORY E. KULIS & ASSOCIATES, LTD. | |
| **STREET ADDRESS** | |
| 30 N. LaSalle Street, Suite 2140 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL  60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 6180966 | 312-580-1830 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐