**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT TARNOFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08 C 1184** |
| | ) | |
| **v.** | ) | **Judge Anderson** |
| | ) | |
| **SGT. THOMAS BOYD, individually,** | ) | **Magistrate Judge Valdez** |
| | ) | |
| **Defendant.** | ) | **Jury Demand** |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME**
**FOR SERVICE OF SUMMONS**

NOW COMES the Plaintiff, ROBERT TARNOFF, by and through one of his attorneys,

David S. Lipschultz of Gregory E. Kulis and Associates, and in support of his Motion for

Additional Time for Service of Summons, states as follows:

1.     On February 27, 2008, Plaintiff filed his Complaint at Law.  Said Complaint was

brought pursuant to 42 U.S.C. §1983 and §1988 and set forth one count of false arrest against a

Cook County Deputy Sheriff, whose name was believed at the time to be "John Doyle."

2.     Plaintiff subsequently learned that Cook County Deputy Sheriff he intended to

name as the Defendant was Sgt. Thomas Boyd.

3.     Accordingly, on May 21, 2008, with leave of court, the Plaintiff filed his First

Amended Complaint naming Sgt. Thomas Boyd in place of John Doyle.

4.     Also on May 21, 2008, Plaintiff sent a Waiver of Service of Summons to the

Sheriff of the Cook County Sheriff's Department for Sgt. Thomas Boyd.

1

5.      Plaintiff's counsel is currently in telephone contact with the Cook County State's

Attorneys Office to obtain the executed Waiver of Service from Sgt. Boyd.

6.      However, pursuant to Federal Rule of Civil Procedure 4(m) the Plaintiff must

serve summons and the complaint upon the Defendant within 120 days of the filing of the

complaint, in this case on or before June 26, 2008.

7.      Plaintiff seeks an additional 45 days beyond June 26, 2008 to cooperate with the

Cook County State's Attorneys Office with regards to service of summons or Defendant's

execution of the Waiver of Service of Summons, in order that the Plaintiff does not have to

request Defendant Boyd's residential address for the purposes of personal service.

WHEREFORE, the Plaintiff, ROBERT TARNOFF, prays this Honorable Court to grant

his Motion for Additional Time for Service of Summons and to provide him with an additional

45 days beyond June 26, 2008 for service of summons.

Respectfully submitted,

ROBERT TARNOFF

/s/ David S. Lipschultz
David S. Lipschultz
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Atty. No. 6277910

2