UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ROBERT TARNOFF, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1184 |
| | ) | |
| v. | ) | Judge Anderson |
| | ) | |
| SGT. THOMAS BOYD, individually, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | Jury Demand |

**NOTICE OF MOTION**

| To: | Mr. Patrick Smith<br>Assistant State's Attorneys Office<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602 | Sheriff Thomas Dart<br>Richard J. Daley Center<br>50 W. Washington, 7th Floor<br>Chicago, IL 60602 |
|---|---|---|

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Andersen on the 19th day of June 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, and then and there present the **PLAINTIFF'S MOTION FOR ADDITIONAL TIME FOR SERVICE OF SUMMONS,** a copy of which is attached hereto.

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 12th day of June 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned attorney by First Class U.S. Mail by 5:00 p.m. on above- mentioned date.

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830