UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT TARNOFF, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1184 |
| | ) | |
| v. | ) | Judge Anderson |
| | ) | |
| SGT. THOMAS BOYD, individually, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | Jury Demand |

## NOTICE OF MOTION

To:  Mr. Patrick Smith                     Sheriff Thomas Dart
     Assistant State's Attorneys Office    Richard J. Daley Center
     500 Richard J. Daley Center           50 W. Washington, 7th Floor
     Chicago, Illinois  60602              Chicago, IL 60602

    PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Andersen on the 19th day of June 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, and then and there present the **PLAINTIFF'S MOTION FOR ADDITIONAL TIME FOR SERVICE OF SUMMONS,** a copy of which is attached hereto.

                          /s/ David S. Lipschultz
                          GREGORY E. KULIS & ASSOCIATES

## CERTIFICATE OF SERVICE

    PLEASE TAKE NOTICE that on the 12th day of June 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned attorney by First Class U.S. Mail by 5:00 p.m. on above- mentioned date.

                          /s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**