UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT TARNOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1184 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Wayne Anderson |
| JOHN DOYLE, individually, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:   David S. Lipschultz
      Gregory E. Kulis and Associates, Ltd.
      30 N. LaSalle Street, Suite 2140
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that on September 3, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendant's Answers to Plaintiff's Complaint.*

                              Respectfully submitted,

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

                         By: /s/ Patrick S. Smith
                              Patrick S. Smith
                              Assistant State's Attorney
                              Torts/Civil Rights Litigation Section
                              500 Richard J. Daley Center
                              Chicago, Il 60602
                              (312) 603-2388

CERTIFICATE OF SERVICE

    I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on September 3, 2008 at or before 5:00 p.m. by the Court's CM/ECF system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                        /s/ Patrick S. Smith
                                        Patrick S. Smith